**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SUKIT KUMVACHIRAPITAG,

> Plaintiff - Appellant,

v.

BARACK OBAMA, U.S. President,

> Defendant - Appellee.

No. 14-17084

D.C. No. 4:14-cv-03182-KAW

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Kandis A. Westmore, Magistrate Judge, Presiding[**]

Submitted September 21, 2015[***]

Before:    REINHARDT, LEAVY, and BERZON, Circuit Judges.

Sukit Kumvachirapitag appeals pro se from the district court's judgment

dismissing his action for lack of subject matter jurisdiction.  We have jurisdiction

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    Kumvachirapitag consented to proceed before a magistrate judge.  *See*
28 U.S.C. § 636(c).

[***]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291.  We review de novo.  *Ass'n of Am. Med. Colls. v. United States*, 217 F.3d 770, 778 (9th Cir. 2000).  We affirm.

The district court properly dismissed the action because Kumvachirapitag failed to allege claims under federal law or diversity of citizenship.  *See* 28 U.S.C. §§ 1331, 1332(a); *see also Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) (federal courts "have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party"); *Ass'n of Am. Med. Colls.*, 217 F.3d at 778-79 (the party asserting jurisdiction bears the burden of establishing it).

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (per curiam).

All pending motions are denied.

**AFFIRMED.**